DOUGLAS R. SCHWARTZ (State Bar No. 98666)
PETRA M. REINECKE (State Bar No. 154482)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendant
LEUNG-CHOI CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-~~12-71326~~-MAG<br>13-00074 NC |
| Plaintiff, | **ORDER EXONERATING BOND** |
| vs. | |
| LEUNG-CHOI CHAN, | |
| Defendant. | |

This matter came before the Court for change of plea and sentencing on February 6, 2013. On that date, after sentencing the defendant, the Court ordered the bond posted to secure the defendant's release exonerated. The Minute Order entered regarding the hearing on February 6 reflected that the bond was exonerated. However, the Judgment subsequently entered on February 8, 2013 failed to so state. Now, therefore, good cause appearing,

IT IS HEREBY ORDERED that the bond posted to secure the defendant's pretrial release, in the amount of $200,000 and secured by $25,000 cash deposited with the Clerk of the United States District Court for the Northern District of California and the property

1  at 165 East 32nd Street, Apartment 6G, New York, NY 10016, is exonerated.  The cash
2  shall be released and returned, and the defendant and his sureties shall be released from any
3  further obligations or liabilities under the pretrial release bond in this matter.

4  DATED: February 27, 2013



THE HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE